```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Carlos M. Da Costa, et al,<br><br>        Defendants | Case No. **2:10-cv-02020-LKK-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 16, 2010 FOR DEFENDANTS CARLOS M. DA COSTA INDIVIDUALLY AND AS TRUSTEE, AND THEIR SUCCESSOR TRUSTEES, OF THE DA COSTA LIVING TRUST; CLAUDINA M. DA COSTA INDIVIDUALLY AND AS TRUSTEE, AND THEIR SUCCESSOR TRUSTEES, OF THE DA COSTA LIVING TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Carlos M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust; Claudina M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust, by and through their respective attorneys of

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

record, Scott N. Johnson; Guy D. Borges, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Carlos M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust; Claudina M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust until November 2, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Carlos M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust; Claudina M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust are granted an extension until November 16, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Carlos M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust; Claudina M. Da Costa

Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust response will be due no later than November 16, 2010.

IT IS SO STIPULATED effective as of November 1, 2010

Dated:  November 1, 2010                    /s/Guy D. Borges_____ ____
                                            Guy D. Borges,
                                            Attorney for Defendants
                                            Carlos M. Da Costa
                                            Individually and as
                                            Trustee, and their
                                            Successor Trustees, of
                                            the Da Costa Living
                                            Trust; Claudina M. Da
                                            Costa Individually and
                                            Trustee, and their
                                            Successor Trustees, of
                                            the Da Costa Living
                                            Trust

Dated:   November 1, 2010                    /s/Scott N. Johnson

                                             Scott N. Johnson,

                                             Attorney for Plaintiff




**IT IS SO ORDERED:** that Defendants Carlos M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust; Claudina M. Da Costa Individually and as Trustee, and their Successor Trustees, of the Da Costa Living Trust shall have until November 16, 2010 to respond to complaint.

Dated: November 2, 2010


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT