UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

CARLOS M. DA COSTA,
et al.,

        Defendants.
                                  /

NO. CIV. S-10-2020 LKK/DAD

O R D E R

The firm McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP filed a motion to withdraw as attorneys of record for Carlos M. Da Costa and Claudina M. Da Costa, individually and as trustees of the Da Costa Living Trust. No opposition to this motion was filed. The motion was heard on January 18, 2011 at 10:00 a.m. On January 19, 2011, the court granted the motion to withdraw. (Doc. No. 20).

The court FURTHER ORDERS as follows:

1. Carlos M. Da Costa and Claudina M. Da Costa shall henceforth be listed on the docket as pro se parties.

1

1  2. Counsel is ORDERED to release all client papers and
2     property to clients within fifteen (15) days of the date
3     of this order, including correspondences, pleadings,
4     deposition transcripts, exhibits, physical evidence,
5     expert reports, and other items reasonably necessary to
6     the clients' representation, whether the clients have
7     paid for them or not, in accordance with Rule 3-700(D)
8     of the California Rules of Professional Conduct.
9  3. Counsel is ORDERED to serve a copy of this order and the
10    order granting the motion to withdraw, Doc. No. 20, on
11    Carlos M. Da Costa and Claudina M. Da Costa.
12 4. No later than 45 days from the date of this order,
13    defendants SHALL inform the court whether they have
14    retained alternative counsel or whether they instead
15    wish to proceed in pro se. If defendants proceed in pro
16    se, this case will assigned to a Magistrate Judge
17    pursuant to E.D. Cal. Local Rule 302(c)(21). If
18    defendants retain alternative counsel, the court will
19    set a further status conference at that time.
20 IT IS SO ORDERED.
21 DATED: January 20, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2